IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

GREGORY SMITH,

           Petitioner,

    v.                                       ORDER

UNITED STATES OF AMERICA,        03-CR-108-S-01

           Respondent.

_____

    Petitioner moves to modify his sentence which will be considered a motion under 28 U.S.C. § 2255.

    Accordingly,

ORDER

    IT IS ORDERED that respondent shall file a response not later than December 17, 2007 and petitioner may file a reply not later than January 17, 2008.

    The United States Marshal is directed to serve a copy of said motion and this order upon the United States Attorney.

    Entered this 19th day of November, 2007.

                                      BY THE COURT:

                                          /s/

                                _____

                                JOHN C. SHABAZ
                                District Judge