IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

GREGORY SMITH,

          Petitioner,

                                              ORDER

  v.

                                         03-CR-108-S-01

UNITED STATES OF AMERICA,

          Respondent.
_____

     Petitioner wishes the Court to consider his previously filed motion as a motion under 18 U.S.C. §3582(c)(2) instead of a motion under 28 U.S.C. § 2255. Respondent shall address this argument in its response.

     SO ORDERED this 4th day of December, 2007.

                              BY THE COURT:

                              /s/

                            _____
                            JOHN C. SHABAZ
                            District Judge